# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. District Court
Wisconsin Eastern
MAY 26 2022
FILED
Clerk of Court

(Full name of plaintiff(s))

JESSIE RAY TURNAGE

v.

(Full name of defendant(s))

FBI, LOCAL LAW ENFORCEMENT
COOKS, MEDICS, DOCTORS ECT..

Case Number:

22-C-624

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of  HOMELESS IN WISCONSIN  and resides at
(State)

Homeless
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
(Name)

Complaint – 1

Case 1:22-cv-00624-WCG   Filed 05/26/22   Page 1 of 5   Document 1

is (if a person or private corporation) a citizen of ___USA___
                                                                  (State, if known)

and (if a person) resides at ___HOMELESS GREENBAY___
                                                                  (Address, if known)

and (if the defendant harmed you while doing the defendant's job) worked for ___FBI LEGAL LAW ENFORCEMENT FIELD OFFICE DC, NASHVILLE, MACON, ATLANTA, DENVER, ALASKA___ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

IM BEING SPRAYED WITH HARMFUL CHEMICALS THEY ARE PUTTING IT ON EVERYTHING, FOOD, WATER, CLOTHES. INTERFERING WITH MY EDUCATION, HOUSING, MEDICAL AND EMPLOYMENT. FOR TWO YRS IVE BEEN GETTING FRAMED, SPRAYED AND TORTURED ALL DAY & NIGHT. HAPPENED IN ATLANTA, TAMPA, GREENBAY, ALASKA, DENVER, GOLDEN, DC, VA., MARYLAND, MACON, SEATTLE, PORTLAND, AND IDAHO. THEY DOING IT ON AIRPLANES, AMTRACK AND GREYHOUND BUSES, AS WELL AS CITY PUBLIC TRANSPORTATION.

Complaint – 2

Complaint – 3

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

$20 MILLION TO GO TO MY KIDS. 1 MILLION TO ME.

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 24TH day of MAY 20 22

Respectfully Submitted,

_____ JESSIE RAY TURNAGE
Signature of Plaintiff

(920) 799-5916
Plaintiff's Telephone Number

N/A
Plaintiff's Email Address

111 NORTH JEFFERSON ST
GREEN BAY WISCONSIN 54301
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.